NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JENAM TECH, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-1085

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00845.

---

**JUDGMENT**

---

DEREK DAHLGREN, Devlin Law Firm LLC, Wilmington, DE, argued for appellant. Also represented by TIMOTHY DEVLIN.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee. Also represented by QUADEER AHMED, STEPHEN BLAKE KINNAIRD, JOSEPH PALYS.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, BRIAN RACILLA, FARHEENA YASMEEN RASHEED.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 11, 2022</u>    <u>/s/ Peter R. Marksteiner</u>
Date    Peter R. Marksteiner
Clerk of Court